David Charles WILLIS, Plaintiff—
Appellant,

v.

NEWMAN, Officer; Goins; Francis,
Sgt.; Ransom, Officer; Lawson, Sgt.;
Killinson, Officer; Doctor Mussel-
man; Jenkins, Lt.; Moore, Capt.;
Brubaker, Major, Defendants—Appel-
lees.

No. 08–7698.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 15, 2009.

Decided: Jan. 22, 2009.

David Charles Willis, Appellant Pro Se.

Before MOTZ and SHEDD, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Charles Willis appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Willis v. Newman,* No. 7:08–cv–00422–jlk–mfu, 2008 WL 2906375 (W.D.Va. July 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*